**Motion Granted; Vacated and Remanded and Memorandum Opinion filed January 26, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00907-CV

———————

## PAUL PENDERGRASS d/b/a CHRISTIAN BROTHERS CONTRACTING, Appellant

## V.

## JOSEPH MORROW, Appellee

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 968606**

## M E M O R A N D U M   O P I N I O N

This is a restricted appeal from a default judgment signed April 14, 2011. On January 18, 2012, the parties filed a joint motion to set aside the trial court's judgment and remand the cause to the trial court for rendition of a judgment in conformity with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2). The motion is granted.

Accordingly, the judgment is set aside without regard to the merits and the cause is remanded to the trial court for rendition of a judgment in accordance with the settlement agreement entered into by the parties.   Each party shall bear its costs incurred.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.